**Opinion issued April 21, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00184-CV**

———————————

**IN RE WEBBER, LLC, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Webber, LLC, has filed an unopposed motion to dismiss this original proceeding because the parties have reached an agreement to settle their differences.[1] Relator asks that the parties bear their own costs. No opinion has issued.

---

[1] The underlying case is *Roxane Gillam Freeman, Individually and as Representative of the Estate of Heywood Freeman, Sr., Heywood Freeman, Jr., and Halynn Freeman, Decedents*, cause number 2019-27907, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.

We grant the motion and dismiss the appeal. Any pending motions are dismissed as moot. The parties shall bear their own costs.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.